**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MICHAEL DIPETRILLO,**

    **Plaintiff,**

**v.**     CASE NO.   6:19-cv-01588-RBD/LRH

**PUBLIX SUPER MARKETS, INC.,**

    **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

Plaintiff hereby notifies the Court, pursuant to M. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between all parties, with each side to bear their own fees and costs. Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

    Respectfully submitted,

    /s/ Marie A. Mattox
    Marie A. Mattox [FBN 0739685]
    MARIE A. MATTOX, P.A.
    203 N. Gadsden Street
    Tallahassee, Florida 32301
    Primary Email: marie@mattoxlaw.com
    Secondary Email: michelle@mattoxlaw.com
    (850) 383-4800 (telephone)
    (850) 383-4801 (facsimile)

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to all counsel of record this 26th day of February, 2020.

/s/ Marie A. Mattox
Marie A. Mattox